UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>    Plaintiff,<br><br>    v.<br><br>Travion Lamar a/k/a Travion Lamar Bynum a/k/a Travion Bynum, and Does 1 – 10, inclusive,<br><br>    Defendants. | **Civil Case No.  C 14-01547 MMC**<br><br>**[PROPOSED]** ORDER ON JOINT STIPULATION FOR ORDER ALLOWING TELEPHONIC APPEARANCE FOR CASE MANAGEMENT CONFERENCE<br><br>**Case Management Conference:**<br>Date: July 11, 2014<br>Time: 10:30 am<br>Court: Hon. Maxine M. Chesney |

Having reviewed the parties' Joint Stipulation For Order Allowing Telephonic Appearance For Case Management Conference and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the parties shall be allowed to appear telephonically for the Case Management Conference on July 11, 2014.

IT IS SO ORDERED.

Dated: June 30, 2014

_____
HON. MAXINE M. CHESNEY
United States District Court Judge