IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADOBE SYSTEMS INCORPORATED,

    Plaintiff,

    v.

TRAVION LAMAR a/k/a/ TRAVION LAMAR BYNUM a/k/a TRAVION BYNUM, and DOES 1-10, inclusive,

    Defendants.
_____/

No. C 14-1547 MMC

**ORDER GRANTING DEFENDANT TRAVION LAMAR'S MOTION FOR WITHDRAWAL OF COUNSEL**

    Before the Court is defendant Travion Lamar's "Motion for Withdrawal of Counsel," filed September 10, 2014. The Court having considered the papers filed in support of defendant's motion, no opposition having been filed, and good cause appearing, the motion is hereby GRANTED. Mandour and Associates, APC shall be withdrawn as counsel and defendant Travion Lamar shall proceed in the above-titled matter pro se.

    **IT IS SO ORDERED.**

Dated: September 29, 2014

_____
MAXINE M. CHESNEY
United States District Judge