J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A P. C.
520 East Wilson Avenue, Suite 200
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff
Adobe Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>        Plaintiff,<br>  v.<br>Travion Lamar, et al.,<br><br>        Defendants. | Case No. CV14-01547 MMC<br><br>[PROPOSED] ORDER TO FILE DOCUMENT UNDER SEAL |

The Court, having reviewed and considered Plaintiff Adobe Systems Incorporated's ("Adobe" or "Plaintiff") Motion to File Document Under Seal Pursuant to Local Rules 7-11 and 79-5 ("Motion") and finding good cause therefore,

IT IS HEREBY ORDERED that the document titled "Release and Settlement Agreement" may be filed under seal as Exhibit A to the Declaration of J. Andrew Coombs in support of Plaintiff's Motion for Entry of Stipulated Judgment.

DATED:  September 21, 2015

_____
Hon. Maxine M. Chesney
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Professional Corp.


By:  /s/ J. Andrew Coombs
          J. Andrew Coombs
          Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated