IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>    Plaintiff,<br><br>  v.<br><br>TRAVION LAMAR,<br><br>    Defendant.<br>_____ / | No. C-14-1547 MMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF STIPULATED JUDGMENT; VACATING HEARING** |

Before the Court is plaintiff Adobe Systems Incorporated's "Motion for Entry of Stipulated Judgment," filed August 26, 2015. Defendant Travion Lamar has not filed opposition. Having read and considered the papers filed in support of the motion, the Court deems the matter suitable for decision thereon, and, for the reasons stated therein, hereby GRANTS the motion.

In light of the above, the hearing scheduled for October 2, 2015, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: September 21, 2015

                                                    MAXINE M. CHESNEY
                                                  United States District Judge