J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California  91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff
Adobe Systems Incorporated


Travion Lamar a/k/a Travion Lamar Bynum
a/k/a Travion Bynum
1653 Roywood Dr.
Lancaster, California 93535
Telephone:      (561) 214-4585

Defendant, *in pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | | |
|---|---|---|
| Adobe Systems Incorporated, | ) | Case No. CV14-01547 MMC |
| Plaintiff, | ) ) ) | [PROPOSED] FINAL JUDGMENT |
| v. | ) ) | |
| Travion Lamar a/k/a Travion Lamar Bynum a/k/a Travion Bynum, and Does 1 – 10, inclusive, | ) ) ) ) | |
| Defendants. | ) ) ) | |

The Court, having read and considered the Joint Stipulation re Entry of [Proposed] Judgment that has been executed on behalf of Plaintiff Adobe Systems Incorporated ("Plaintiff") on the one hand, and Defendant Travion Lamar a/k/a Travion Lamar Bynum a/k/a Travion Bynum ("Defendant") on the other hand, and good cause appearing therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Plaintiff is entitled to and shall collectively recover from Defendant for injury caused by Defendant to Plaintiff in the sum of Seven Million Dollars ($7,000,000.00).

2.      Plaintiff is entitled to and shall collectively recover from Defendant interest accruing upon any unpaid portion of said $7,000,000.00 at the rate of ten percent (10%) per annum from the date of entry of judgment until paid in full.

3.      Plaintiff is further entitled to, and shall collectively recover from the Defendant, its actual attorneys' fees and, costs and expenses incurred after the date hereof ~~relative to or~~ in connection with enforcing, executing on, collecting on or confirming this Judgment according to proof.  The Court hereby retains jurisdiction to award such attorneys' fees, costs and expenses upon motion or application by Plaintiff or its counsel.

THE CLERK IS DIRECTED TO ENTER THIS JUDGMENT FORTHWITH.

IT IS SO ORDERED this ___21___ day of __September__, 20_15_.

_____
Hon. Maxine M. Chesney
United States District Judge

PRESENTED BY:

J. Andrew Coombs,
A Professional Corporation


By: _____
        J. Andrew Coombs
        Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated


Travion Lamar a/k/a Travion Lamar Bynum
a/k/a Travion Bynum


By: _____
        Travion Lamar a/k/a Travion Lamar Bynum
        a/k/a Travion Bynum
Defendant, *in pro se*